1  **WO**

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7             FOR THE DISTRICT OF ARIZONA

8

9  United States of America,          )      NO.  05-6267M
                                       )
10          Plaintiff,                 )
                                       )
11      v.                             )      ORDER FOR RELEASE OF
                                       )      MATERIAL WITNESS
12  Tony Garcia Escalante,             )
                                       )
13          Defendant.                 )
    _____)

14

15      The Defendant appeared for his initial appearance and counsel was

16  appointed.  Through counsel, Defendant indicated that he wished to accept the

17  Government's plea and that he further wished to stipulate to the release of the

18  material witness.  In light of the fact that a stipulation and proposed order had not

19  been prepared, the Court explained to Defendant his rights under the confrontation

20  clause and the effect of the release of the material witness, namely that he would

21  waive his confrontation clause rights and that the material witness' statements could

22  be used against him.  Defendant stated that he understood his rights and that he

23  wished to waive them.  Counsel also stated for the record that Defendant was aware

24  of the material witness statement which would be used against him if this matter

25  proceeded to trial.

26      Therefore, upon Defendant's oral Motion for the Release of the Material

27  Witness and Government's indication that it is satisfied with the record indicating

28  Defendant's waiver of his confronotation clause rights, IT IS ORDERED that the

1    material witness, Jose Olmedo-Llamas, shall be released to the custody of the

2    immigration authorities of the United States for such further proceedings as it deems

3    fit which may include return to his country of origin.

4            DATED this 29th day of November, 2005.

5

6

7    _____

8                        David K. Duncan
                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28